# Third District Court of Appeal

## State of Florida

Opinion filed October 1, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1030
Lower Tribunal Nos. J24-933, J24-885, J24-884, J24-882A, J24-881B, &
J24-567

_____

**N.J.G., a Child,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Dawn Denaro, Judge.

N.J.G., a Child, in proper person.

James Uthmeier, Attorney General, for appellee.

Before LOGUE, LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed.